## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| David Wheeler, | : | |
| Plaintiff, | : | |
| v. | : | Case No. |
| Plaza Services, LLC, et al., | : | |
| Defendants. | : | |

### NOTICE OF REMOVAL OF ACTION

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Plaza Services, LLC ("Plaza") files this Notice removing this action from the Common Pleas Court of Cuyahoga County, Ohio, to this Court. As grounds for removal, Plaza states as follows:

### Background

1. On January 16, 2020, Plaintiff David Wheeler ("Plaintiff"), acting as an individual and purporting to act on behalf of all others similarly situated, commenced a civil action against Defendants Plaza, Jacobson and Wright, and John Does 1-4 (collectively "Defendants") in the Common Pleas Court for Cuyahoga County, Ohio, which is captioned and docketed as *Wheeler v. Plaza Services, LLC, et al.*, Case No. CV-20-927941 (the "State Action").

2. Plaza was served with the Complaint and Summons on January 21, 2020. Thus, this Notice is timely filed pursuant to 28 U.S.C. § 1446(b). Upon information and belief, each Defendant was served with the Complaint and Summons on January 21, 2020.

3. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Complaint and Summons that were served on Plaza are attached hereto as **Exhibit 1**. At the time of removal, no other process, pleadings, or orders were served upon Plaza in the State Action.

4. This Notice of Removal is filed subject to and with full reservation of rights. No admission of fact, law, or liability is intended by this Notice of Removal; all defenses, motions, and pleas are expressly reserved; and Plaza specifically does not concede that Plaintiff has pled any claim upon which relief can be granted.

### Allegations in the Complaint

5. In his Complaint, Plaintiff has brought claims against the Defendants for violations of the Fair Debt Collection Practices Act, violations of the Ohio Consumer Sales Practices Act, Invasion of Privacy, and Civil Conspiracy. Plaintiff alleges that the Defendants engaged in abusive, deceptive, and unfair debt collection practices entitling Plaintiff and similarly-situated consumers to relief.

6. In his Prayers for Relief, Plaintiff seeks an undefined amount for actual damages, statutory damages, treble damages under the Ohio Consumer Sales Practices Act, punitive damages, attorney's fees and expenses, pre-judgment and post-judgment interest, and declaratory and injunctive relief.

7. Plaza denies all claims of misconduct as alleged by Plaintiff in the Complaint and reserves all defenses that may be available to it.

### Federal Question Jurisdiction, Diversity Jurisdiction, and Venue

1. Plaza removes this case pursuant to 28 U.S.C. § 1441 as a suit in which this Court has jurisdiction under 28 U.S.C. § 1331.

2. Pursuant to 28 U.S.C. § 1441(a), removal of an action originally filed in state court is proper in "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction[.]"

3. Under 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

4. The Complaint purports to state a cause of action arising under the laws of the United States, in the form of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. ("FDCPA"). The Complaint, therefore, initiated a civil action over which this Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331, and is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1446.

5. Plaintiff has also asserted three other claims based upon Ohio law for violations of the Ohio Consumer Sales Practices Act, Invasion of Privacy, and Civil Conspiracy. These claims are so related to Plaintiff's FDCPA claim that they form part of the same case or controversy and arise from a common nucleus of operative facts.

6. Therefore, this Court has jurisdiction over this Action pursuant to 28 U.S.C. §§ 1331 and 1367(a) because it has original jurisdiction over Plaintiff's FDCPA claim and supplemental jurisdiction over Plaintiff's state law claims.

## Removal Procedure

8. Removal of the above-captioned matter is timely under 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure 6(a) because this Notice of Removal is filed within thirty (30) days of receipt of the Complaint by Plaza.

9. Plaza obtained the consent of co-defendant Jacobson and Wright, and therefore this removal complies with the requirements of 28 U.S.C. § 1446(b)(2)(A). (*See* **Exhibit 2**, Fain Decl. at ¶ 2.)

10. Removal is properly made to the United States District Court for the Northern District of Ohio, Eastern Division, under § 1441(a), because the Common Pleas Court of

Cuyahoga County, Ohio, where this action is pending, is within the Northern District of Ohio, Eastern Division.

11. A copy of this Notice will be filed with the Common Pleas Court of Cuyahoga County, Ohio, and served on Plaintiff's counsel, as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, by this Notice of Removal, Plaza hereby removes this action from the Common Pleas Court of Cuyahoga County, Ohio, and requests that this action proceed as properly removed to this Court.

        Respectfully Submitted,

        */s/ Karey E. Werner*
        Marcel C. Duhamel (0062171)
        Karey E. Werner (0095685)
        Vorys, Sater, Seymour and Pease LLP
        200 Public Square, Suite 1400
        Cleveland, OH 44114-2327
        Phone: 216-479-6100
        Fax:    216-479-6060
        mcduhamel@vorys.com
        kewerner@vorys.com

        Martha Brewer Motley (0083788)
        Vorys, Sater, Seymour and Pease LLP
        52 East Gay Street
        P.O. Box 1008
        Columbus, OH  43216-1008
        Phone: (614) 464-6360
        Fax: (614) 719-4807
        mbmotley@vorys.com

        *Attorneys for Defendant Plaza Services, LLC*

Of Counsel:

Josh Dickinson
Spencer Fane
13520 California Street, Suite 290
Omaha, NE 68154
Phone:  (402) 547-5519
jdickinson@spencerfane.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent via e-mail this 18th day of February, 2020 to the following:

| | |
|---|---|
| Ronald Frederick<br>ronf@clevelandconsumerlaw.com<br><br>Michael Berler<br>mikeb@clevelandconsumerlaw.com<br><br>Michael L. Fine<br>michaelf@clevelandconsumerlaw.com<br><br>*Attorneys for Plaintiff*<br><br><br>Jacobson and Wright<br>733 Delaware Road, Ste. 238<br>Buffalo, NY 14223 | John Doe 1 – Name Unknown<br>Owner, Operator, Officer, Director, and/or<br>Collector for Jacobson and Wright<br>733 Delaware Road, Ste. 238<br>Buffalo, NY 14223<br><br>John Doe 2 – Name Unknown<br>Owner, Operator, Officer, Director, and/or<br>Collector for Jacobson and Wright<br>733 Delaware Road, Ste. 238<br>Buffalo, NY 14223<br><br>John Doe 3 – Name Unknown<br>Owner, Operator, Officer, Director, and/or<br>Collector for Jacobson and Wright<br>733 Delaware Road, Ste. 238<br>Buffalo, NY 14223<br><br>John Doe 4 – Name Unknown<br>Owner, Operator, Officer, Director, and/or<br>Collector for Jacobson and Wright<br>733 Delaware Road, Ste. 238<br>Buffalo, NY 14223 |

*/s/ Karey E. Werner*
Karey E. Werner (0095685)
Vorys, Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, OH 44114-2327
Phone: 216-479-6100
Fax:    216-479-6060
kewerner@vorys.com

*One of the attorneys for Plaza Services, LLC*