# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DAVID WHEELER, | ) | CASE NO.  1:20 CV 365 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | **MINUTES** |
| | ) | **and** |
| PLAZA SERVICES, LLC, et al., | ) | **STIPULATED DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Defendants. | ) | |

The Court held a scheduled teleconference on April 21, 2020 with counsel and clients at which time the Court engaged the parties in settlement discussions.  As a result of discussions, the parties settled their case.  Accordingly, the above-captioned case is settled and dismissed with prejudice, each party to pay its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

   */s/ Dan A. Polster     April 21, 2020*
   **Dan Aaron Polster**
   **United States District Judge**